Robert FROST, Jr., Plaintiff–Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Director Bill Byars, South Carolina Department of Corrections; Levern Cohen, Warden Ridgeland Correctional Institution; Ms. Montouth, Inmate Grievance Coordinator, Ridgeland Correctional Institution; Captain Best, in their individual and official capacity, Defendants–Appellees.

No. 13–7541.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 25, 2014.

Robert Frost, Jr., Appellant Pro Se. Mary Elizabeth Sharp, Griffith, Sadler & Sharp, PA, Beaufort, South Carolina, for Appellees.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Frost, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Frost v. SC Dep't of Corrs.,* No. 5:11–cv–02520–JFA, 2013 WL 5143747 (D.S.C. Sept. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*